WILMINGTON CAPE FEAR CORPORATION v. CAPE FEAR HOTEL COM-
PANY, INCORPORATED, W. R. BARRINGER AND L. S. BARRINGER.

(Filed 28 October, 1931.)

**Appeal and Error J d—Where Supreme Court is divided the judgment of
the lower court will be affirmed.**

Upon an even division of opinion of the Supreme Court on appeal, one
*Justice* not sitting, the judgment of the lower court will be affirmed with-
out becoming a precedent.

APPEAL by defendants from *Midyette, J.,* at May Term, 1931, of NEW
HANOVER. Affirmed.

*K. O. Burgwin and Carr, Poisson & James for plaintiff.*
*Rose & Lyon for defendants.*

PER CURIAM. *Justice Clarkson* not sitting and the other *Justices*
being evenly divided in opinion, the judgment of the Superior Court
is affirmed without becoming a precedent.

Affirmed.